### De Witt Clinton v. Peter B. Porter.

IN debt on a bond, the plaintiff set out the real oyer of it. The defendant then demanded oyer, which was given to him variant from that set out, on which the defendant pleaded *non. est factum.* The plaintiff then, without any rule or notice, served a fresh oyer, setting out the bond and condition truly; twenty days having elapsed, he signed judgment by default.

*Emott*, on affidavit disclosing the above facts, moved to set aside the default and subsequent proceedings.

*Van Vechten*, contra, insisted, that the case was within the eighth rule of *April*, 1796, which allows of amending declarations, &c. and that all permitted by that rule, might be done of course.

*Per Curiam.* Take the effect of your motion, with costs.